UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GLADYS JARQUIN,
o/b/o MARIMAR JARQUIN,

                          **ORDER**
        Plaintiff,           **05 CV 1018 (NGG)**

    -against-

JO ANNE BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge:

On February 24, 2005, Plaintiff Gladys Jarquin, *pro se*, filed the instant action on behalf of Marimar Jarquin. On November 8, 2005, Defendant Jo Anne Barnhart served Plaintiff Gladys Jarquin with a motion to dismiss the pleadings. Plaintiff's opposition to Defendant's motion was due on December 8, 2005. Defendant's counsel's November 8, 2005 letter to Plaintiff explained that her opposition to Defendant's motion was due on December 8, 2005.

At this time, no opposition to Defendant's motion for judgment on the pleadings has been received from Plaintiff. In fact, Plaintiff has not made any submission to the court since filing the Complaint. On July 11, 2007, Plaintiff was ordered to contact the court in writing by August 10, 2007 to state if she still wants to pursue this action. Plaintiff has failed to do so.

Consequently, this case is dismissed pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is hereby directed to close this case.

SO ORDERED:

/signed/

Nicholas G. Garaufis
United States District Judge

Dated: August 27, 2007
       Brooklyn, New York